IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES E. D'ORAZIO | : | |
| | : | |
| Petitioner | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 07-CV-1883 |
| WARDEN, SCI HUNTINGDON, ET AL. | : | |
| | : | |
| | : | |
| Respondents | : | |

## ORDER

AND NOW, this 3rd day of April, 2008, upon careful and independent consideration of Charles D'Orazio's Petition for Writ of Habeas Corpus and U.S. Magistrate Judge M. Faith Angell's Report and Recommendation, and petitioner having filed no objections within the relevant time period, it is hereby ORDERED that:

1. The Report & Recommendation (Document No. 14) is APPROVED and ADOPTED; and

2. The petition for Writ of Habeas Corpus is DISMISSED as untimely.

BY THE COURT:

/s/ Thomas M. Golden
THOMAS M. GOLDEN, J.